IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:04CV119-V

| | | |
|---|---|---|
| DONALD L. SAGER, and | ) | |
| PAULA K. SAGER, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ALABAMA MOTOR EXPRESS, INC., and | ) | |
| MICHAEL LEE TAYLOR, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Plaintiffs' Motion To Set Trial For A Date Certain, filed April 6, 2006; and Defendants' Response Joining In Plaintiffs' Motion, filed April 10, 2006.  (Documents #19 and #20)  For the reasons stated within the parties' respective filings, namely, to accommodate out-of-state counsel and the coordination of multiple out-of-state witnesses, the parties' motions will be granted.

**IT IS, THEREFORE, ORDERED** that the parties' joint request for a peremptory trial setting is hereby **GRANTED.**  Accordingly, this case is designated as **Trial #1** for purposes of the May 1, 2006  "mixed" term[1] in the Statesville Division.  Calendar Call will be held on **Monday, May 1, 2006 at 10:00 AM.**  A brief pretrial conference shall be conducted following Calendar Call.   Jury selection shall commence on **Tuesday, May 2, 2006, at 9:30 AM.**  Plaintiff should be prepared to begin the presentation of evidence immediately following *voir dire*.

Signed: April 17, 2006

Richard L. Voorhees
Chief United States District Judge

---

[1]  The Court's "mixed" term includes both civil and criminal cases for trial.