# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:04CV119

| | |
|---|---|
| DONALD L. SAGER and PAULA K. SAGER, ) ) Plaintiffs, ) ) v. ) ) ALABAMA MOTOR EXPRESS, INC. and ) MICHAEL LEE TAYLOR, ) ) Defendants ) ) | ORDER GRANTING ADMISSION PRO HAC VICE OF FOREIGN COUNSEL |

Having shown good cause, the Motion of Edmund L. Gaines for Admission Pro Hac Vice of Nathaniel A. Barbera, Attorney at Law, is hereby GRANTED.

It is hereby ORDERED that Nathaniel A. Barbera shall be permitted to appear and practice before the United States District Court for the Western District of North Carolina, for the limited purpose of participating in the trial and defense as counsel for the Plaintiffs Donald L. Sager and Paula K. Sager in the action as referenced and now pending.

Nathaniel A. Barbera shall be associated with Edmund L. Gaines, local counsel also appearing for the Plaintiffs, Donald L. Sager and Paula K. Sager.

$100.00 Admission Fee is assessed for the admission of Nathaniel A. Barbera pursuant to this order, payable within 30 days of the date hereof.

Signed: April 19, 2006

David C. Keesler
United States Magistrate Judge